COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMER RENE MOORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:22-cv-01153-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Summer Rene Moore ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

| | |
|---|---|
| Dated this 4th day of January, 2023. | Dated this 4th day of January, 2023. |
| COGBURN LAW | CLARK HILL PLLC |
| By: */s/Erik W. Fox* <br> Jamie S. Cogburn, Esq. <br> Nevada Bar No. 8409 <br> Erik W. Fox, Esq. <br> Nevada Bar No. 8804 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, NV 89074 <br> *Attorneys for Plaintiff* | By: */s/Gia N. Marina* <br> Gia N. Marina, Esq. <br> Nevada Bar No. 15276 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br> *Attorney for Equifax Information Services LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

January 6, 2023
_____
DATE